UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No. 24-MJ-3102

RAMON RODRIGUEZ OSORIO,              ORDER

        Defendant.

-------------------------------------------------------x

        A plea hearing in this case is scheduled to proceed on December 19, 2024, at 3:30 p.m., in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       December 16, 2024

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge